```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 28179
    FRANCIS C GRANT ACQUAH
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3067


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/29/2004 and was confirmed 11/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  26.32% from remaining funds.

     The case was paid in full 09/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG   46056.00              .00       46056.00
GMAC MORTGAGE              MORTGAGE ARRE    1642.84              .00        1642.84
CARLE CLINIC               UNSECURED      NOT FILED              .00             .00
CENTRAL DUPAGE HOSPITAL    UNSECURED        2294.03              .00         603.86
MEDICAL ASSOCIATION SERV   NOTICE ONLY    NOT FILED              .00             .00
CENTRAL DUPAGE HOSPITAL    UNSECURED      NOT FILED              .00             .00
MEDICAL ASSOCIATION SERV   NOTICE ONLY    NOT FILED              .00             .00
ECAST SETTLEMENT CORP      UNSECURED       21006.51              .00        5529.54
MICHAEL B FINE             NOTICE ONLY    NOT FILED              .00             .00
ECAST SETTLEMENT CORP      UNSECURED        7528.69              .00        1981.78
MICHAEL B FINE             NOTICE ONLY    NOT FILED              .00             .00
DUPAGE MEDICAL GROUP       UNSECURED      NOT FILED              .00             .00
ROUNDUP FUNDING LLC        UNSECURED OTH  11405.97               .00        2895.06
ALLIANCE ONE               NOTICE ONLY    NOT FILED              .00             .00
ROUNDUP FUNDING LLC        UNSECURED        8828.03              .00        2323.80
ATLANTIC CREDIT & FINANC   NOTICE ONLY    NOT FILED              .00             .00
MBNA                       UNSECURED        9445.76              .00        2486.41
BLATT HASENMILLER LEIBSK   NOTICE ONLY    NOT FILED              .00             .00
MBNA AMERICA               UNSECURED      NOT FILED              .00             .00
RONALD ABRAMSON            NOTICE ONLY    NOT FILED              .00             .00
MEDICAL ASSOCIATES         UNSECURED      NOT FILED              .00             .00
LVNV FUNDING LLC           UNSECURED       10096.38              .00        2657.67
NATIONWIDE INSURANCE       UNSECURED      NOT FILED              .00             .00
CCS                        NOTICE ONLY    NOT FILED              .00             .00
US DEPT OF EDUCATION       UNSECURED        6917.15              .00        1820.80
OSI PORTFOLIO SERVICES     UNSECURED         149.59              .00          39.38
US DEPT OF EDUCATION       UNSECURED        2521.63              .00         663.77
GMAC MORTGAGE CORPORATIO   COST OF COLLE       .00               .00             .00
ECAST SETTLEMENT CORP      UNSECURED       12192.09              .00        3209.32
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                          4,229.77
DEBTOR REFUND              REFUND                                           2,190.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 28179 FRANCIS C GRANT ACQUAH
```

```
     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 81,030.00

PRIORITY                                             .00
SECURED                                        47,698.84
UNSECURED                                      24,211.39
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            4,229.77
DEBTOR REFUND                                   2,190.00
                        ---------------        ---------------
TOTALS                  81,030.00              81,030.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 01/14/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE

                        PAGE   2
     CASE NO. 04 B 28179 FRANCIS C GRANT ACQUAH